O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. FLINN,<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES , et al.,<br><br>    Defendants. | Case No. EDCV 14-1335-JGB (GJS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed.

    The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: Defendants' Motion for Judgment on the Pleadings (Dkt. 28) is GRANTED; Defendants' Motion to Dismiss for Failure to Prosecute (Dkt. 38) is DENIED AS MOOT; the Complaint is dismissed, without leave to amend and with prejudice, pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure; and Judgment shall be entered dismissing this action with prejudice.

DATED: <u>August 24, 2015</u>         _____
                                       JESUS G. BERNAL
                                       UNITED STATES DISTRICT JUDGE