# JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. FLINN,<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Case No. EDCV 14-1335-JGB (GJS)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 24, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE